IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-01674-M-RJ

| | |
|---|---|
| RAYMOND A. JETT, JR., <br> TARA S. JETT, <br><br> Plaintiffs, <br><br> v. <br><br> GEORGE PARKER COLEMAN and <br> MICHAEL P. COLEMAN, <br><br> Defendants. | **ENTRY OF DEFAULT** |

This matter is before the clerk on the motion for entry of default [DE-39] filed by plaintiff Raymond A. Jett, Jr., seeking entry of default against defendant George P. Coleman as to both plaintiffs' claims.

Rule 55 of the Federal Rules of Civil Procedure provides: "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a). The record shows that defendant George P. Coleman was served on July 29, 2024. See [DE-35]; see also Fed. R. Civ. P. 4(e)(1); N.C. Stat. § 1A-1, Rule 4(j)(1)(c). Defendant George P. Coleman has failed to answer or otherwise defend in this action. Accordingly, the motion for entry of default [DE-39] is GRANTED and default is hereby entered against Defendant George P. Coleman.

SO ORDERED. This the 14 day of May, 2025.

Peter A. Moore, Jr.
Clerk of Court