IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-01674-M-RJ

| | |
|---|---|
| RAYMOND A. JETT, JR., <br> TARA S. JETT, <br><br> Plaintiffs, <br><br> v. <br><br> GEORGE PARKER COLEMAN and <br> MICHAEL P. COLEMAN, <br><br> Defendants. | **ORDER** |

This matter is before the clerk on the motion for entry of default [DE-49] filed by *pro se* plaintiffs seeking entry of default against defendant Michael P. Coleman.

Local Civil Rule 55.1 provides that a party moving for entry of default must serve the party who has failed to appear with the motion for entry of default, in a manner provided by Federal Rule of Civil Procedure 5. *See* Local Civil Rule 55.1(a). The record does not reflect that plaintiffs served defendant Michael P. Coleman with the motion for entry of default. Accordingly, the motion for entry of default is DENIED without prejudice.

SO ORDERED. This the 27 day of May, 2025.

Peter A. Moore, Jr.
Clerk of Court