IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-01674-M-RJ

| | |
|---|---|
| RAYMOND A. JETT, JR., <br> TARA S. JETT, <br><br> Plaintiffs, <br><br> v. <br><br> GEORGE PARKER COLEMAN and <br> MICHAEL F. COLEMAN, <br><br> Defendants. | **ORDER** |

This matter is before the clerk on the motions for entry of default [DE-51; 52] filed by *pro se* plaintiffs seeking entry of default[1] against defendants George Parker Coleman and Michael F. Coleman.

Rule 55 of the Federal Rules of Civil Procedure provides: "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a). The clerk previously granted the motion for entry of default as to defendant George Parker Coleman on May 15, 2025 [DE-45]. Accordingly, to the extent that plaintiffs seek entry of default as to George Parker Coleman the motions are denied as moot.

The record shows that defendant Michael F. Coleman was served by the U.S. Marshal on September 20, 2024. See [DE-47]; Fed. R. Civ. P. 4(e)(2). Defendant Michael F. Coleman has failed to answer or otherwise defend in this action. Accordingly, the motion for entry of default

---

[1] In both motions, plaintiffs request the entry of "default judgment." The clerk, however, construes the motions as they are captioned, i.e., as seeking an entry of default.

[DE-51] is granted and the subsequent motion for entry of default [DE-52] is denied as moot. Default is hereby entered as to defendant Michael F. Coleman.

SO ORDERED. This the ___ day of August, 2025.

Peter A. Moore, Jr.
Clerk of Court